# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Jack Edward Gonzales and Anna Baecker Gonzales |
| **Case No :** | 08−32971 − E − 13C |
| **Date :** | 10/2/13 |
| **Time :** | 10:00 |
| **Matter :** | [93] − Motion/Application to Dismiss Case for Failure to Make Plan Payments [DPC−1] Filed by Trustee David Cusick (dpas) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | NOT RECORDED |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

A Motion to Dismiss the Bankruptcy Case having been filed by the Chapter 13 Trustee, the Chapter 13 Trustee having filed an ex parte motion to dismiss the Motion without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and Federal Rules of Bankruptcy Procedure 9014 and 7041, dismissal of the Motion being consistent with the opposition filed, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss the Bankruptcy Case is dismissed without prejudice.

Dated: October 05, 2013

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court